AO 450 (Rev. 11/11)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2026

SEAN F. McAVOY, CLERK

Charles Joseph Reevis )
)
*Plaintiff* )
v. ) Civil Action No.   2:26-cv-00018-TOR
)
Spokane County Superior Court et al )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to the Court Order entered at ECF No. 5, this action is DISMISSED pursuant to Federal Rule of Civil Procedure
41(b). Judgment of Dismissal is entered.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Thomas O. Rice _____

Date:   4/8/2026 _____

CLERK OF COURT

s/Sean F. McAvoy _____
*Signature of Clerk*